# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

June 25, 2020

Hon. Loretta A. Preska  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

```
The travel request is granted.
SO ORDERED.
Dated: June 26, 2020

_____
LORETTA A. PRESKA, USDJ
```

Re: **United States v. Adelekan, et al., 19-CR-291 (LAP)**

Dear Judge Preska:

    Defendant Oluwaseun Adelekan, through counsel, respectfully submits this request to modify the conditions of his release to permit him to travel to Houston, Texas, from July 1, 2020 through July 8, 2020. Pretrial Services consents to the request and the Government defers to Pretrial.

    If permitted, Mr. Adelekan will travel by car to Houston, Texas with Gifty Ansah, the mother of his son, and their child. In Houston, they will stay with Ms. Ansah's friend Emily Witty at her home. Ms. Witty's address and phone number and Ms. Ansah's phone number have been provided to Pretrial Services. The reason for the travel is that Ms. Ansah is moving with the child to Houston and Mr. Adelekan would like to accompany her to help her get settled and to see where they will be living.

    Pretrial Services reports that Mr. Adelekan's supervision has been reduced to web reporting and that he is in full compliance with the terms of his release.

    Thank you for your consideration of this request.

Respectfully,  
____/s/_____  
Richard Rosenberg, Esq.

Cc:    All counsel (by ECF)  
        US Pretrial Services (by email)  
        Oluwaseun Adelekan (by email)