# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

**217 BROADWAY**
**SUITE 707**
**NEW YORK, NEW YORK 10007**

**TEL: 212-586-3838**
**FAX: 212-962-5037**
**richrosenberg@msn.com**

August 10, 2020

Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:  United States v. Adelekan, et al.,**
**19-CR-291 (LAP)**

Dear Judge Preska:

Defendant Oluwaseun Adelekan, through counsel, respectfully submits this request to modify the conditions of his release to permit him to travel to Houston, Texas, from August 15, 2020 through August 20, 2020. Pretrial Services takes no position on this request and informs that Mr. Adelekan is in full compliance with the conditions of his release. The Government defers to Pretrial Services.

If permitted, Mr. Adelekan will travel by plane to Houston, Texas to visit Gifty Ansah, the mother of his son, and their child. He will stay with Ms. Ansah at her home in Katy, Texas. Ms. Ansah's new address and phone number have been provided to Pretrial Services.

Mr. Adelekan traveled to Houston with the Court's permission in mid-July and returned from that previous trip as promised. He has continued to comply with all of the conditions of his release.

Thank you for your consideration of this request.

Respectfully,
_____/s/_____
Richard Rosenberg, Esq.

Cc:  All counsel (by ECF)
US Pretrial Services (by email)
Oluwaseun Adelekan (by email)

The request to permit travel to Houston, TX is granted.  SO ORDERED.
Dated:  August 11, 2020

LORETTA A. PRESKA, U.S.D.J.