```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              X
UNITED STATES OF AMERICA      X
                              X
        -against-             X    No. 19 Cr. 291 (LAP)
                              X
OLUWASEUN ADELEKAN,           X
                              X
              Defendant.      X
                              X
------------------------------X
```

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Mr. Adelekan's travel request (dkt. no. 179) is approved.

**SO ORDERED.**

Dated:  September 11, 2020
       New York, New York

                                          /s/ Loretta A. Preska
                                    United States District Judge