# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

November 3, 2020

Hon. Loretta A. Preska  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

> The request to modify the conditions of the Defendant's release to permit the travel requested below is GRANTED.
>
> SO ORDERED.                Dated: November 4, 2020
>                                   New York, New York
>
> _Loretta A. Preska_
> LORETTA A. PRESKA, U.S.D.J.

Re: United States v. Adelekan, et al.,  
19-CR-291 (LAP)

Dear Judge Preska:

   Defendant Oluwaseun Adelekan, through counsel, respectfully submits this request to modify the conditions of his release to permit him to travel to Houston, Texas, from November 7 to 14 and from November 23 to 30, 2020. Pretrial Services takes no position on this request and informs that Mr. Adelekan is in full compliance with the conditions of his release. The Government defers to Pretrial Services.

   The reason for the travel is to visit his son and his son's mother, Ms. Gifty Ansah. If permitted, Mr. Adelekan will travel by plane to Houston. He will stay with Ms. Ansah at her home in Katy, Texas at the address previously provided to Pretrial Services.

   Mr. Adelekan traveled to Houston with the Court's permission in mid-July, mid-August, and mid-September and returned from those previous trips as promised. He has continued to comply with all of the conditions of his release.

   Thank you for your consideration of this request.

Respectfully,  
____/s/_____  
Richard Rosenberg, Esq.

Cc:   All counsel (by ECF)  
      US Pretrial Services (by email)  
      Oluwaseun Adelekan (by email)