# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

| | |
|---|---|
| 217 BROADWAY | TEL: 212-586-3838 |
| SUITE 707 | FAX: 212-962-5037 |
| NEW YORK, NEW YORK 10007 | richrosenberg@msn.com |

December 22, 2020

Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The request to modify the conditions of pretrial supervision in order to permit the travel referenced below is GRANTED.
> **SO ORDERED.**
>
> Dated: December 22, 2020
>         New York, New York
>
> _Loretta A. Preska_
> LORETTA A. PRESKA,
> U.S.D.J.

Re:  United States v. Adelekan, et al.,
     19-CR-291 (LAP)

Dear Judge Preska:

    Defendant Oluwaseun Adelekan, through counsel, respectfully submits this request to modify the conditions of his release to permit him to travel first to Gen Burnie, Maryland and then to Houston, Texas, from December 22, 2020 to January 3, 2021. Pretrial Services takes no position on this request. The Government defers to Pretrial Services.

    The reason for the travel is to visit his sister in Maryland and then to visit to his son's mother, Ms. Gifty Ansah, for the holidays.  If permitted, Mr. Adelekan will drive to Maryland and then travel by plane to Houston. He will stay with his sister in Maryland and with Ms. Ansah at her home in Katy, Texas. If this request is granted, Mr. Adelekan will provide his sister's address to Pretrial Services. He has previously provided the address for Ms. Ansah in Texas.

    Mr. Adelekan traveled to Houston with the Court's permission in mid-July, mid-August, mid-September, and twice in November and returned from those previous trips as promised. Pretrial Services informs that Mr. Adelekan is in full compliance with the conditions of his release.

    We apologize for the late notice for this request. An email containing travel details for the request appears to have been somehow lost in transmission and the miscommunication was not realized until this morning. Thank you for your consideration of this request.

                                                     Respectfully,
                                                     ____/s/_____
                                                     Richard Rosenberg, Esq.

Cc:     All counsel (by ECF)
        US Pretrial Services (by email)
        Oluwaseun Adelekan (by email)