# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

March 9, 2021

> The request to modify the conditions of pretrial release to permit the travel referenced below is <u>GRANTED</u>.
>
> <u>SO ORDERED.</u>
>
> Dated:   March 9, 2021
>          New York, New York
>
> /s/ Loretta A. Preska
> LORETTA A. PRESKA, U.S.D.J.

Hon. Loretta A. Preska  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re:  United States v. Adelekan, et al.,  
     19-CR-291 (LAP)

Dear Judge Preska:

    Defendant Oluwaseun Adelekan, through counsel, respectfully submits this request to modify the conditions of his release to permit him to travel to Houston, Texas, from March 10 to March 13, 2021. Pretrial Services takes no position on this request. The Government defers to Pretrial Services.

    The reason for the travel is to visit his son's mother, Ms. Gifty Ansah, who is not feeling well, and to care for his son for a few days to give her time to rest. If permitted, Mr. Adelekan will travel by plane to Houston. He will stay with Ms. Ansah at her home in Katy, Texas, at the address previously provided to Pretrial Services.

    Mr. Adelekan traveled to Houston with the Court's permission in mid-July, mid-August, mid-September, twice in November, and again in December 2020, and returned from those previous trips as promised. Pretrial Services informs that Mr. Adelekan is in full compliance with the conditions of his release.

    We apologize for the short notice for this request. Mr. Adelekan's request to travel was received by the defense late last night. Thank you for your consideration of this request.

    Respectfully,  
    /s/  
    Richard Rosenberg, Esq.

Cc:   All counsel (by ECF)  
      US Pretrial Services (by email)  
      Oluwaseun Adelekan (by email)