# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

June 2, 2021

Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Adelekan, et al.,**
    **19-CR-291 (LAP)**

Dear Judge Preska:

Defendant Oluwaseun Adelekan, through counsel, respectfully submits this request to modify the conditions of his release to permit him to travel to Houston, Texas, from June 10 to June 14, 2021. Pretrial Services takes no position on this request. The Government defers to Pretrial Services.

The reason for the travel is to celebrate his son's birthday. If permitted, Mr. Adelekan will travel by plane to Houston. He will stay with his son's mother, Ms. Gifty Ansah, at her home in Katy, Texas, at the address previously provided to Pretrial Services.

Mr. Adelekan traveled to Houston with the Court's permission in mid-July, mid-August, mid-September, November (twice), and December 2020, and in March 2021, and returned from those previous trips as promised. Pretrial Services informs that Mr. Adelekan is in full compliance with the conditions of his release.

We thank the Court for its consideration of this request.

Respectfully,
/s/
Richard Rosenberg, Esq.

**SO ORDERED**
_/s/ Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
6/3/21

Cc: All counsel (by ECF)
    US Pretrial Services (by email)
    Oluwaseun Adelekan (by email)