# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

August 13, 2021

Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                **Re:  United States v. Adelekan, et al.,
                       19-CR-291 (LAP)**

Dear Judge Preska:

    I am counsel to Oluwaseun Adelekan. In light of the Court's Order at Dkt. #261 dated August 10, 2021, I respectfully join the requests of co-counsel filed to date and ask that my client's appearance be waived at the pretrial conference on August 20, 2021. In addition, I request that associate counsel Clara Kalhous, and I be permitted to appear at the scheduled conference by telephone.

    We thank the Court for its consideration of this request.

                                                    Respectfully,
                                                  ____/s/_____
                                                  Richard Rosenberg, Esq.

Cc:    All counsel (by ECF)

```
Counsel's request to waive Defendant's
appearance is granted. Counsel may appear by
telephone for the conference using the
following teleconference information:
877-402-9753, Code: 6545179. SO ORDERED
```

*Loretta A. Preska* 8/16/2021