# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

August 27, 2021

Hon. Loretta A. Preska  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

The travel request is granted.  SO ORDERED.  
*Loretta A. Preska*  8/30/2021

**Re: United States v. Adelekan, et al.,**  
**19-CR-291 (LAP)**

Dear Judge Preska:

    Defendant Oluwaseun Adelekan, through counsel, respectfully submits this request to modify the conditions of his release to permit him to take a day trip to Langhorne, PA, on September 4, 2021. Pretrial Services takes no position on this request. The Government likewise takes no position.

    The reason for the travel is to take his preschool-aged daughter to Sesame Place. If permitted, Mr. Adelekan plans to drive. He will return the same day.

    Mr. Adelekan traveled to Houston with the Court's permission in mid-July, mid-August, mid-September, November (twice), and December 2020, in March and June 2021, and returned from those previous trips as promised. Pretrial Services informs that Mr. Adelekan is in full compliance with the conditions of his release.

    We thank the Court for its consideration of this request.

                                              Respectfully,  
                                             ____/s/_____  
                                             Richard Rosenberg, Esq.

Cc:    All counsel (by ECF)  
        US Pretrial Services (by email)  
        Oluwaseun Adelekan (by email)