UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br><br>　　　-against-<br><br>OLUWASEUN ADELEKAN et al.,<br><br>　　　　　　　Defendants. | 19 Cr. 291 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of Mr. Adelekan's letter motion, dated October 12, 2021 (dkt. no. 348), seeking to modify/quash a subpoena calling for the production of certain documents.  The Government shall file any response to counsel's letter no later than October 14, 2021 at noon.  Counsel for Mr. Adelekan shall file any reply no later than October 15, 2021 at noon.

**SO ORDERED.**

Dated:　　October 12, 2021
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_Loretta A. Preska_____
　　　　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　　　　Senior United States District Judge

1