# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

November 1, 2021

Hon. Loretta A. Preska  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

      Re: United States v. Adelekan, et al.,  
         19-CR-291 (LAP)

Dear Judge Preska:

  On July 10, 2019, Your Honor granted my request to appoint Clara Kalhous as associate counsel to Oluwaseun Adelekan for 50 hours at $95 per hour, with leave to request additional hours should the need arise. See Dkt. #88.

  As the Court is aware, Mr. Adelekan exercised his right to a jury trial, and Ms. Kalhous played an instrumental role in his defense in the preparation for, and during, that proceeding. In assisting me with trial preparation and with the trial itself, Ms. Kalhous exceeded the approved hours. To date, she has spent a total of 261.8 hours on Mr. Adelekan's case.

  In addition, I anticipate that Ms. Kalhous' services will be useful to me in preparing a sentencing memorandum for Your Honor's consideration, including gathering character reference letters and meeting with Mr. Adelekan, who has been remanded to the custody of the Bureau of Prisons to await his sentencing.

  For these reasons, I respectfully ask the Court to <u>approve Ms. Kalhous' services for a total of 281.8 hours, which will permit me to use her assistance for an additional 20 hours in the preparation of materials in connection with Mr. Adelekan's sentencing this January</u>.

  I thank the Court for its consideration of this request and continued courtesies to counsel.

            Respectfully,  
            ____/s/_____  
            Richard Rosenberg, Esq.

Cc: All counsel (by ECF)

            SO ORDERED.  
            *Loretta A. Preska* 11/2/2021