UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            Plaintiff,

-against-

OLUWASEUN ADELEKAN,

            Defendant.

No. 19-CR-291 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Adelekan's request to adjourn sentencing 120 days and to reset certain other deadlines, to which the Government consents.  (Dkt. no. 420.) Sentencing is adjourned to Wednesday May 25, 2022 at 11 a.m. Initial objections to the draft presentence report are due March 25, 2022.  Defendant's sentencing memorandum is due May 4, 2022.

    Counsel shall inform the Court by letter why Defendant proposes to file a sentencing memorandum (rather than a letter) in addition to counsel's memorandum on his behalf.

**SO ORDERED.**

Dated:    January 10, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1