UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff

    -against-

OLUWASEUN ADELEKAN,

                Defendant.

19 Cr. 291 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Upon the affidavit of Mr. Adelekan dated July 1, 2022 (dkt. no. 559), his motion pursuant to Federal Rule of Appellate Procedure 24 to proceed in forma pauperis on appeal is GRANTED.

**SO ORDERED.**

Dated:    New York, New York
            July 12, 2022

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1