```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :    19-CR-291(LAP)
                                    :
        -v.-                        :         ORDER
                                    :
OLUWASEUN ADELEKAN,                 :
                                    :
                Defendant.          :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Mr. Adelekan's motion for bail pending appeal. (Dkt. no. 609.)  The Government shall respond no later than November 18, 2022.

SO ORDERED.

Dated:   New York, New York
         November 7, 2022

*/s/ Loretta A. Preska*

_____
LORETTA A. PRESKA
Senior United States District Judge

1