UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

OLUWASEUN ADELEKAN,

            Defendant.

---

No. 19 CR 291 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Adelekan's pro se motion requesting copies of any orders empaneling a grand jury in the above action. (Dkt. nos. 721-722.) The Government shall respond to Mr. Adelekan's motion no later than June 10, 2024. Mr. Adelekan shall file any reply no later than July 8, 2024.

**SO ORDERED.**

Dated:    May 13, 2024
            New York, New York

                                  */s/ Loretta A. Preska*
                                  LORETTA A. PRESKA
                                  Senior United States District Judge