UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

OLUWASEUN ADELEKAN,

                Defendants.

19-CR-291 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of several motions from Defendant, (dkt. nos. 764, 773, 774, 787).  The Government shall respond by June 16, 2025.  To the extent that Defendant wishes to reply, he shall do so no later than July 14, 2025.

**SO ORDERED.**

Dated:    New York, New York
          May 14, 2025

_____
      LORETTA A. PRESKA
      Senior United States District Judge