UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>OLUWASEUN ADELEKAN<br><br>                Defendant. | 19-CR-291 (LAP)<br><br>ORDER |
| OLUWASEUN ADELEKAN<br><br>                Movant,<br><br>-against-<br><br>UNITED STATES OF AMERICA<br><br>                Defendant. | 24-CV-8303 (LAP)<br><br>ORDER |
| OLUWASEUN ADELEKAN<br><br>                Movant,<br><br>-against-<br><br>UNITED STATES OF AMERICA<br><br>                Defendant. | 26-CV-495 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

In recent days, the Court has received a barrage of frivolous (and almost certainly AI-generated) "emergency motions" purportedly filed by Mr. Adelekan as a pro se litigant in the above-captioned actions.  See, e.g. No. 19-CR-291, Dkts. 837, 841; No. 24-CV-8303, Dkts. 15, 17; No. 26-CV-495, Dkt. 5.  These supposed pro se submissions, however, appear to have been submitted

to the Court's Pro Se Intake Unit by a third party, Amin Rashid, using a Yahoo email account that Mr. Adelekan presumably cannot access from federal prison:

From: Amin Rashid <aminrashid49@yahoo.com>
Sent: Thursday, April 23, 2026 11:29 AM
To: Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
Subject: USA v. Oluwaseun Adelekan, No. 19-cr-291 (Emergency Motion)

CAUTION - EXTERNAL:

Please file the Attached Emergency Motion today - April 23rd, 2026.

Respectfully yours,
Oluwaseun Adelekan

From: Amin Rashid <aminrashid49@yahoo.com>
Sent: Friday, April 24, 2026 8:06 AM
To: Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
Subject: United States v. Oluwaseun Adelekan, 19-cr-291 (SDNY)

CAUTION - EXTERNAL:

Please file this Emergency Motion asap.

From: Amin Rashid <aminrashid49@yahoo.com>
Sent: Monday, April 27, 2026 8:52 AM
To: Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
Subject: United States v. Oluwaseun Adelekan, 19-cr-291 (SDNY)

CAUTION - EXTERNAL:

Please file attached motion

The Court is troubled by these developments. If Mr. Rashid is a lawyer, then he must file a notice of appearance on behalf of Mr. Adelekan and submit filings as any attorney would. On the other hand, if Mr. Rashid is not a lawyer, then his generation and submission of filings on Mr. Adelekan's behalf would arguably constitute the unauthorized practice of law. See United States v. Malka, 2022 WL 1094048, at *3 (S.D.N.Y. Apr. 5, 2022) (noting that

court "need not review the contents of any submitted motions" where circumstances suggested that a "third party could be engaging in the unauthorized practice of law by preparing and submitting these nearly identical motions purportedly on behalf of each defendant").[1]  Finally, if Mr. Adelekan is accessing the Amin Rashid Yahoo account directly from federal prison, whether through a personal phone or other unauthorized device, Mr. Adelekan may independently be in violation of numerous BOP regulations.

### Conclusion

The Court cannot and will not permit Mr. Adelekan to besiege this Court and the Government with frivolous motions that strain judicial resources and abuse the solicitude afforded to pro se litigants.  Accordingly, all of Mr. Adelekan's pending motions, excepting Mr. Adelekan's amended Section 2255 petition, are DENIED as both procedurally improper and without merit.  Going forward, the Court shall require that any further submissions from Mr. Adelekan be physically mailed to the Court's Pro Se Intake Unit by Mr. Adelekan from his registered BOP address.[2]  The Court shall disregard and order the Clerk of Court to strike any submissions

---

[1] At least one submission appears to have been mailed to the Court from a Philadelphia residential address, as opposed to FCI Fort Dix.  See No. 19-CR-291, Dkt. 837 at 15.

[2] The Government's deadline to respond to Mr. Adelekan's amended Section 2255 petition remains May 21, 2026.  Mr. Adelekan's reply deadline remains 30 days from the date that he is served with the Government's opposition.  See No. 19-CR-291, Dkt. 838.

that are submitted via email by third parties or mailed from residential addresses.

Furthermore, pursuant to the Court's February 11, 2026, Order, the Clerk of Court shall (i) docket a copy of the amended Section 2255 petition that Mr. Adelekan improperly filed as a new matter (No. 26-CV-495, Dkt. 1) as a separate filing in case no. 24-CV-8303; and (ii) mark the 26-CV-495 action as closed. The parties shall docket all further submissions in the 24-CV-8303 and 19-CR-291 matters exclusively. Mr. Adelekan shall not include the 26-CV-495 docket number on any further correspondence or filings unless the Court orders otherwise.

The Clerk of Court shall close Dkts. 837 and 841 in case 19-CR-291 and all open docket numbers in cases 24-CV-8303 and 26-CV-495. The Clerk of Court shall also mail a copy of this Order to Mr. Adelekan.

**SO ORDERED.**

Dated:    April 30, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

4