UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

OLUWASEUN ADELEKAN

                    Defendant.

19-CR-291 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Government shall respond to Mr. Adelekan's most recent submissions (Dkts. 851-854) by July 9, 2026.  If the Government believes that formal briefing is appropriate to address some or all of the issues raised by Mr. Adelekan, the Court invites the Government to propose a briefing schedule.

Mr. Adelekan may file any reply in response to the Government's submission by July 23, 2026.

The Clerk of Court shall mail a copy of this Order to Mr. Adelekan.

**SO ORDERED.**

Dated:    June 15, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge